184 So. 204

## Clarence H. MAY v. Shellie LEWIS.

### 4 Div. 56.

Supreme Court of Alabama.

Oct. 27, 1938.

W. L. Lee and Alto V. Lee, III, both of Dothan, for petitioner.

H. R. McClintock, of Dothan, for respondent.

KNIGHT, Justice.

This cause is before this Court on petition of Clarence H. May for writ of certiorari to the Court of Appeals, to review and revise the opinion and judgment of that Court in the case of Clarence H. May v. Shellie Lewis, 184 So. 203.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

184 So. 208

## W. D. GRIFFIN et al. v. STATE.

### 8 Div. 940.

Supreme Court of Alabama.

Oct. 27, 1938.

W. H. Long, of Decatur, and Wm. C. Rayburn, of Guntersville, for petitioners.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of W. D. (alias Doris) Griffin and Bennie Griffin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Griffin et al. v. State, 184 So. 206.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.